# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Keller North America, Inc.
Plaintiff,

v.                                                                 Case No.: 1:24−cv−00168−MSM−PAS

D'Ambra Construction Co., Inc., et al.
Defendant.

## ORDER TO SHOW CAUSE

      The above captioned case was filed on April 30, 2024, and has been pending at least 90 days without proof of service, an answer or a responsive pleading having been filed by the defendant.

      On or before August 30, 2024, plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to file a response will lead to dismissal of this case for lack of diligent prosecution. DRI LR Cv 41.

      It is so ordered.

August 20, 2024                                                By the Court:

/s/ Mary S. McElroy
United States District Judge